**2010–0453. State ex rel. Butler v. Court of Appeals, Seventh Appellate Dist.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.
BROWN, C.J., dissents and would grant an alternative writ.

**2010–0461. State ex rel. Castro v. Deters.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0525. State ex rel. Lathan v. Jensen.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.
Lanzinger, J., not participating.

**2010–0548. HPSC, Inc. v. Estate of Scarso.**
Lake App. No. 2009–L–110, 2009-Ohio-6032. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
BROWN, C.J., and O'CONNOR, LANZINGER, and CUPP, JJ., concur.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2010–0568. [State ex rel.] Johnson v. Sheeran.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0569. Aleshire v. Knab.**
In Habeas Corpus. On petition for writ of habeas corpus of Lonny J. Aleshire Jr. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.
Lanzinger, J., dissents and would order a return on the writ.

**2010–0596. Henderson v. Shaffer.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul S. Henderson. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0604. Duff v. Kerns.**
In Habeas Corpus. On petition for writ of habeas corpus of Dennis Duff. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2009–2018. State v. Burnett.**
Hamilton App. No. C–081265. On motion to remand to Hamilton County Court of Common Pleas. Motion denied.

**2009–2131. State v. Chappell.**
Cuyahoga App. No. 92455, 2009-Ohio-5371. On motion for admission pro hac vice of Emily Schlesinger by Benjamin C. Mizer. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.